Nevada granted. *Solicitor General Biddle* for petitioner. *Mr. William J. Donovan* for respondents.

No. 732. JENKINS *v.* KURN ET AL., TRUSTEES. March 10, 1941. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Mr. Harry G. Waltner, Jr.* for petitioner.

No. 717. UNITED STATES, GUARDIAN OF THE INDIANS OF THE TRIBE OF HUALPAI IN ARIZONA, *v.* SANTA FE PACIFIC RAILROAD Co. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biddle* and *Messrs. Nathan R. Margold, Richard H. Hanna, William A. Brophy,* and *Felix S. Cohen* for petitioner. *Mr. Charles H. Woods* for respondent.

No. 727. SHAMROCK OIL & GAS CORP. *v.* SHEETS ET AL. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited to the first question presented by the petition for the writ. *Messrs. R. C. Johnson, Joseph B. Dooley,* and *R. A. Wilson* for petitioner.

No. 734. CARY *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 735. FLAGLER *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 736. ESTATE OF FLAGLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and